**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARI DAWSON, | Case No.: 2:13-cv-07278-JAK-AGRx |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE IN ITS ENTIRETY JS-6** |
| vs. | |
| CAGLE CARTOONS, INC., a California Corporation; DARYL CAGLE, as an individual; and DOES 1 to 100, inclusive, | |
| Defendants. | |

Based on the parties' stipulation, the Court hereby dismisses this Action with prejudice with each party to bear its own costs and attorneys' fees.

Date: February 26, 2014          By: _____
                                      HON. JOHN A. KRONSTADT
                                      U.S. DISTRICT COURT JUDGE